**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03026-LTB

TRAVIS HODSON,

    Plaintiff,

v.

UNKNOWN OFFICERS,
BIRGIT M. FISHER,
ROCHELLE BEIER-KERMET,
KAIRI VAHER, Nurse Practitioner,
JENNIFER [LAST NAME UNKNOWN](RN), Register [sic] Nurse, and
BRENDA DEMACHET, Psychologist,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On May 20, 2015, Plaintiff submitted a Motion to Reconsider Relief, ECF No. 23, and a Motion to Writ of Coram Nobis, ECF No. 22, in which he requests the same relief he requested in his Motion to Relief From Judgment, ECF No. 20.  For the same reasons stated in the Court's May 12, 2015 Order, these Motions are DENIED.  Plaintiff is reminded that because the action was dismissed without prejudice he may pursue his claims by filing a new civil action if he chooses.

Dated: May 20, 2015