**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03026-LTB

TRAVIS HODSON,

    Plaintiff,

v.

UNKNOWN OFFICERS,
BIRGIT M. FISHER,
ROCHELLE BEIER-KERMET,
KAIRI VAHER, Nurse Practitioner,
JENNIFER [LAST NAME UNKNOWN](RN), Register [sic] Nurse, and
BRENDA DEMACHET, Psychologist,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On May 21, 2015, Plaintiff submitted a Motion to alter or Amend the Judgment, ECF No. 25, in which he requests the same relief that he has requested in three previous motions. For the same reasons stated in the Court's May 12 and 20, 2015 Orders, this Motion is DENIED.

Dated: May 21, 2015